### DUNHAM v. BENEDICT.

When the error alleged is not apparent of record, the legal presumption is, that the proceedings in the court below were correct.

ERROR, to Louisa District Court.

J. W. Woods, for plaintiff.

Henry W. Starr, for defendant.

Opinion by WILSON, J. We see no error in the record in this case. The plea, to which the demurrer was sustained, and the sustaining of which is alleged as error, is not set forth, and we cannot say whether it was sufficient or not. The presumption with us, therefore, is, that the proceedings in the court below were correct.

Judgment affirmed.